```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BIGBEN INTERACTIVE S.A. and CYANIDE      :    21cv8698 (DLC)
S.A.S.,                                 :
                                        :         ORDER
                    Plaintiffs,          :
            -v-                         :
                                        :
ERIC GOLDBERG and GREG COSTIKYAN,        :
                                        :
                    Defendants.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes.  On November 23, 2021 the above captioned case was referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial purposes.  It is hereby

    ORDERED that the general pretrial referral is vacated.

    SO ORDERED:

Dated:    New York, New York
           April 18, 2022

                                            _____
                                              DENISE COTE
                                United States District Judge