# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

File Number: 70WZ-307865

June 17, 2022

**BY ECF**
The Honorable Denise Cote
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:     Bigben Interactive S.A. et al. v. Eric Goldberg et al.,
        1:21-cv-08698-DLC-GWG

Dear Judge Cote:

This law firm represents Plaintiffs and Counterclaim-Defendants Bigben Interactive S.A., Nacon S.A. and Cyanide S.A. ("Plaintiffs") in the above-referenced action. We write to respectfully request an adjournment of the Initial Case Management Conference scheduled for June 30, 2022 at 2:30 p.m. EST. The parties request this adjournment because the parties have retained Mr. Theo Cheng to mediate the dispute and the first two mediation sessions have been scheduled for June 29 and June 30. Counsel for Defendants and Counterclaim-Plaintiffs Eric Goldberg and Greg Costikyan join in this request and are hopeful that, if the mediation efforts are successful, the matter could be amicably resolved and eliminate the need for the Initial Case Management Conference. Counsel for the parties are available for conferences on July 15, 22, and 29; August 5; and September 9, 2022. There have been no prior requests for an adjournment of the Initial Case Management Conference. The parties are grateful to the Court for its attention to this matter.

Respectfully Submitted,

s/ Theodore C. Max

Theodore C. Max

TM:MO
cc:     Craig Whitney, Esq.
        Ashley K. Alger, Esq.

SMRH:4861-8868-7909.1

*The conference is adjourned to July 15 at 3:30 pm.*

*Denise Cote*
*6/17/22*